

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00094-CR

| | | |
|---|---|---|
| TAWANNA LUSK, Appellant | § | On Appeal from Criminal District Court No. 1 |
| | § | |
| V. | § | of Tarrant County (1649366D) |
| | § | November 30, 2023 |
| | § | Memorandum Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. We modify the judgment of the trial court as follows:

- Under the heading "Plea to State's Second Amended Petition to Proceed to Adjudication," the judgment should read "Not True."

- Under the heading "Terms of Plea Bargain," the judgment should read "None."

As modified, we affirm the trial court's judgment.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack